IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 8:12CR425 |
| vs. | Order |
| JOSEPH BUTTERCASE, | |
| Defendant. | |

Before the Court is the request for transcript of hearing held on March 20, 2015

**IT IS ORDERED:**

1. The request for transcript, filing [116] is granted.

2. Joseph Buttercase is advised that the cost of the transcript is $40.15 for a 30-day preparation and $53.35 for 7-day expedited preparation. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $40.15 for 30-day preparation, or less than $53.35 for 7-day expedited preparation, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 03/20/2015 and to file the transcript under **SEAL**. A copy of this order should also be mailed to Joseph Buttercase.

DATED: April 16, 2019

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge