IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR425 |
| vs. | |
| JOSEPH BUTTERCASE, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for reconsideration, Filing No. 125, of the Court's order, Filing No. 124, granting in part and denying in part his motion for return of property, Filing No. 112, and on his motion for an extension of time to appeal, Filing No. 126. The government has sixty days in which to examine certain evidence to determine whether it contained contraband and the Court implicitly granted the government that time. Additionally, under the Local Rules, the government has fourteen days in which to respond to a nondispositive motion. NECivR 7.1(b)(1)(B). On the filing of a response to the defendant's motion for reconsideration or the expiration of response time, the Court will consider the motion submitted. The Court will deny the motion for extension of time to appeal as premature, as there is not yet any final order to appeal. Accordingly,

IT IS HEREBY ORDERED:

1. The defendant's motion to reconsider (Filing No. 125) is not ripe for consideration and will be addressed once the government responds or response time expires.

2. The defendant's motion for an extension of appeal time (Filing No. 126) is denied as premature.

Dated this 20th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge