IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH BUTTERCASE,<br><br>    Defendant. | 8:12CR425<br><br>ORDER |

  This matter is before the Court on defendant's objection, Filing No. 136, to the Order of this Court, Filing No. 135. The Court has carefully reviewed the objection and finds it should be denied, on the basis that (1) it was not filed by counsel, and (2) it has no merit as discussed in Filing No. 135.

  THEREFORE, defendant's pro se objection, Filing No. 136 is denied.

Dated this 21st day of July, 2020.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge