IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR425 |
| vs. | |
| JOSEPH BUTTERCASE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's motions for leave to appeal in forma pauperis, Filing Nos. 140 and 142, the October 3, 2019, January 27, 2020, July 16, 2020, and July 21, 2020 Orders, Filing Nos. 122, 124, 135 and 137 and on defendant's motion to appoint counsel, Filing No. 141. Defendant states his net income is only $10.00 per month. Likewise, he has no liquidated assets. *See* Filing No. 140, Filing No. 140, Ex. B, and Filing No. 143. After reviewing the same, the Court determines that defendant is indigent and entitled to proceed on appeal in forma pauperis. Likewise, defendant requests appointment of counsel for his appeal, arguing that his hearing counsel no longer represents him, and he is indigent. The Court will grant this motion and will appoint the Public Defender's office to represent defendant on appeal.

THERFORE, IT IS ORDRED THAT defendant's motions to appeal in forma pauperis, Filing Nos. 140 and 142, are granted. IT IS FURTHER ORDRED THAT the

Public Defender's Office is hereby appointed to represent defendant on appeal, and defendant's motion, Filing No. 141, is granted.

Dated this 12th day of August, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge