IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH BUTTERCASE, <br><br> Defendant. | 8:12CR425 <br><br> ORDER |

This matter is before the Court on Defendant's motion for compassionate release and sentence reduction. Filing No. 152. The government asserts that the Defendant is still in the custody of the State of Nebraska and is not in custody of the federal government. The Court agrees and finds that any decision on this motion is premature. It is likely that certain issues may change by the time he is in federal custody. The Court will deny the motion at this time, and the Defendant can raise it again, if he so chooses, once he is in federal custody.

THEREFORE, IT IS ORDERED THAT Defendant's motion for compassionate release and sentence reduction, Filing No. 152, is denied at this time. It is further ordered that his motion to require the Judge to draft his own orders, Filing No. 155, is denied as frivolous.

Dated this 8th day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge