IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH BUTTERCASE,<br><br>        Defendant. | **8:12CR425**<br><br>**ORDER** |

    This matter was initially before the Court on Defendant's motion for sentence reduction, Filing No. 152. The Court denied that motion. Filing No. 167. Thereafter, the Defendant filed a motion to reconsider. Filing No. 168. For the reasons set forth in this Court's previous order, Filing No. 167, the motion to reconsider is denied, subject to resubmission at such time as Defendant is in federal custody.

    IT IS SO ORDERED.

    Dated this 29th day of October, 2025.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon<br>
                                                       Senior United States District Judge